**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 14, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *American Civil Liberties Union, et al. v. U.S. Dep't of Justice, et al.*,
     25 Civ. 10189 (PAE)

Dear Judge Engelmayer:

  This Office represents the defendant agencies in this Freedom of Information Act case. We write to provide a brief status report; to respectfully request, with plaintiffs' consent, an extension of the government's time to answer or otherwise respond to the complaint, which otherwise runs through tomorrow, January 15; and to propose a further status report by February 5.

  **Status report.** This matter concerns a FOIA request sent to three federal agencies or components—the Office of Legal Counsel (OLC) within the Department of Justice; the Department of State; and the Department of Defense (DoD). The request seeks:

1. The OLC final opinion concerning the President's authority to order lethal strikes against drug cartels;

2. President Trump's July 2025 directive to the Department of Defense authorizing the use of military force against Latin American drug cartels deemed to be terrorist organizations; and,

3. Any unclassified summaries of the two above documents.

ECF No. 1-1 at 5-6.

  Last week, the parties discussed the intended scope of request 3, and have agreed on a specific reading of that request, which is laid out in the margin.[1] OLC and DoD are conducting

---

[1] Specifically, the parties have agreed that item 3 be read to cover: "1) intentional efforts to reduce OLC's final opinion and the July 2025 presidential directive to an unclassified summary

Hon. Paul A. Engelmayer                                                                                    Page 2
January 14, 2026

their initial searches for responsive records. Both agencies expect to complete their searches by February 2. State has completed its initial search and has not located any potentially responsive records. Plaintiffs have agreed that State may be dismissed from the case if OLC and DoD confirm they have located the records sought in items 1 and 2 of their request.

Once the agencies' initial searches are complete, the parties will confer about a processing timeline.

**Request to extend the answer.** The government, with plaintiffs' consent, respectfully requests an extension until February 2 of its time to answer or otherwise respond to the complaint, which is currently tomorrow, January 15. Since the complaint was filed, government staff have been working on the substance of plaintiffs' FOIA request, and some of the same staff who are engaged in this process would also need to devote time to preparing an answer. Thus, the government requires some additional time to prepare its answer.

**Further status report.** We respectfully propose that the parties file a joint status report by February 5, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for defendants*

cc: Counsel for plaintiff (via ECF)

---

(e.g., white papers, documents prepared for briefing members of Congress) and (2) unclassified emails from Assistant Attorney General T. Elliot Gaiser, Secretary of Defense Pete Hegseth, Department of Defense General Counsel Earl Matthews, or Department of Defense Principal Deputy General Counsel Charles Young III from July 1, 2025, to the date of the search, summarizing the OLC final opinion and the July 2025 presidential directive."