FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Department of Defense__

was received by me on *(date)* __December 11, 2025__ .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* I served the Department of Defense by sending a copy of the summons and complaint via USPS certified mail on December 12, 2025. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summons and complaint were delivered on December 16, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __January 15, 2026__

*Celia Kreth*
*Server's signature*

Celia Kreth, Paralegal, American Civil Liberties Union Foundation
*Printed name and title*

125 Broad Street, 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:**

# 70171000000053571737

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 6:38 am on December 16, 2025 in WASHINGTON, DC 20301.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20301
December 16, 2025, 6:38 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**