

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 4, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *American Civil Liberties Union, et al. v. U.S. Dep't of Justice, et al.*,
             25 Civ. 10189 (PAE)

Dear Judge Engelmayer:

      This Office represents the defendant agencies in this Freedom of Information Act case. We write jointly with plaintiffs to provide a status report, as directed by the Court's January 14 order, ECF No. 20, and to respond to the Court's January 30 order, ECF No. 27, setting an initial pretrial conference for February 12 at 3:30pm.

      **Status report.** As previously noted, this matter concerns a FOIA request sent to three federal agencies or components—the Office of Legal Counsel (OLC) within the Department of Justice; the Department of State; and the Department of Defense (DoD). The request seeks:

1. The OLC final opinion concerning the President's authority to order lethal strikes against drug cartels;

2. President Trump's July 2025 directive to the Department of Defense authorizing the use of military force against Latin American drug cartels deemed to be terrorist organizations; and,

3. Any unclassified summaries of the two above documents.

ECF No. 1-1 at 5-6. The agencies have now completed their initial searches for potentially responsive records. In particular, OLC has located the record the government believes is responsive to item 1, and DoD has located the record the government believes is responsive to item 2. OLC and DoD have also completed the parties' agreed-upon search for item 3. The agencies are determining a processing timeline for these records.

      Furthermore, because the other agencies have located items 1 and 2, the parties agree that the State Department may be dismissed from this action.

Hon. Paul A. Engelmayer  Page 2
February 3, 2026

**Initial conference order.** The Court's January 30 order, ECF No. 27, directs the parties to (1) discuss settlement and other initial matters; (2) prepare a case management plan; and (3) prepare a letter addressing certain specific matters.

The parties confirm they have conferred about settlement. However, most of the other topics typically addressed in a Rule 16 conference are not applicable to this FOIA action.

With respect to the proposed case management plan, the parties respectfully request to be relieved of this obligation. FOIA cases are generally not subject to civil discovery. Instead, disputed issues will be resolved either through the parties' agreement, or by the submission of cross-motions for summary judgment on the basis of agency declarations. *Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). In addition, Local Civil Rule 16.1 excepts FOIA cases from Rule 16 mandatory scheduling orders. The parties propose instead to provide the Court with regular status reports by letter every thirty days. We will also be prepared to discuss the status of the case at the upcoming initial conference on February 12, including the government's timeline for processing responsive records.

With respect to the specific matters the January 30 order requires the parties to address, our responses are below.

1. *A brief description of the case, including the factual and legal bases for the claim(s) and defense(s), and the history of the case.*

As indicated above, this is a FOIA action concerning the specific requests noted on the first page of our letter. The government made no productions prior to this suit being filed.

2. *Any contemplated motions.*

The parties expect that if they are unable to resolve disputes consensually, they will present any disputes to the Court for resolution via cross-motions for summary judgment. *See Carney*, 19 F.3d at 812.

3. *The prospect for settlement.*

The parties intend to discuss the prospect of a consensual resolution once the government has completed processing potentially responsive records and produced any responsive, non-exempt records to plaintiffs.

Hon. Paul A. Engelmayer  Page 3
February 3, 2026

    We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney
                            Southern District of New York

                            By: <u>*/s/ Peter Aronoff*</u>
                            PETER ARONOFF
                            Assistant United States Attorney
                            Telephone: (212) 637-2697
                            E-mail: peter.aronoff@usdoj.gov
                            *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)