UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION, *et al.*

                        Plaintiffs,

-v-

U.S. DEPARTMENT OF JUSTICE, *et al.*,

                        Defendants.

25 Civ. 10189

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      For the reasons stated on the record of today's conference, the Court directed the parties to submit a status letter by Thursday, February 26, 2026, addressing defendants' ongoing (1) review of materials for responsiveness and (2) processing of these materials to determine whether and to what extent to claim FOIA exemptions. The Court further stated that, subject to reassessment after review of the status letter, it expects defendant's responsiveness review of the limited materials at issue in this case to be complete by Thursday, March 12, 2026.

      SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: February 12, 2026
       New York, New York