UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
:
AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION    :    No. 25 Civ. 10189 (PAE)
FOUNDATION, and CENTER FOR
CONSTITUTIONAL RIGHTS,            :

                  Plaintiffs,   :

          v.                          :

U.S. DEPARTMENT OF JUSTICE, including its   :
component OFFICE OF LEGAL COUNSEL,
U.S. DEPARTMENT OF STATE, and UNITED   :
STATES DEPARTMENT OF DEFENSE,
                                    :
                  Defendants.
------------------------------------------------------------ :

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

      WHEREAS, on or about December 9, 2025, Plaintiffs the American Civil Liberties Union, the American Civil Liberties Union Foundation, and the Center for Constitutional Rights, filed a complaint in the above-captioned suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the release of certain records by Defendants the Department of Justice, Department of Defense, and Department of State ("State"), in connection with FOIA requests dated October 15, 2025;

      WHEREAS, on or about January 30, 2026, Defendants answered the Plaintiffs' complaint;

      WHEREAS, State has informed Plaintiffs, through counsel, that it has conducted a search and determined that it does not maintain or control responsive records;

WHEREAS, Plaintiffs have agreed that State may be dismissed from this action, with the understanding that certain responsive records have been located by co-defendants the Department of Justice and Department of Defense;

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1.  The claims brought by Plaintiffs in this action against State are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). Solely with respect to Plaintiffs' claims against State, Plaintiffs and State will each bear their own fees and costs.

2.  Plaintiffs release and discharge any and all claims that Plaintiffs now have or may hereinafter acquire against State, or any component, officer, or employee of State, related to or arising out of the FOIA requests that are the subject of this action.

3.  For the avoidance of doubt, nothing in this Stipulation shall affect Plaintiffs' claims against the Department of Justice and Department of Defense.

4. This Stipulation may be executed in counterparts. Facsimile or PDF signatures shall constitute originals.

Dated: New York, NY
February 26, 2026

| | |
|---|---|
| JAY CLAYTON<br>United States Attorney for the<br>Southern District of New York | AMERICAN CIVIL LIBERTIES UNION<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>CENTER FOR CONSTITUTIONAL<br>RIGHTS |
| By: Peter Aronoff<br>PETER ARONOFF<br>Assistant United States Attorney<br>86 Chambers Street, 3rd floor<br>New York, NY 10007<br>*Counsel for Defendants* | By: Jeffrey Stein<br>*Counsel for Plaintiffs* |