

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 17, 2026

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    *American Civil Liberties Union, et al. v. U.S. Dep't of Justice, et al.,*
>           25 Civ. 10189 (PAE)

Dear Judge Engelmayer:

This Office represents the defendant agencies in this Freedom of Information Act case. We write jointly with plaintiffs to provide a status report, as directed by the Court's order dated February 27 (docketed March 2), ECF No. 35.

As anticipated, on March 12, the government completed its processing and production of records responsive to plaintiffs' FOIA requests. Specifically, the government notified plaintiffs that it was withholding in full, under several FOIA exemptions, the OLC opinion and presidential memorandum that plaintiffs sought. The government also produced a redacted version of the unclassified OLC email chain described in previous status reports, and notified plaintiffs that no unclassified DoD emails were determined to be responsive.

Plaintiffs have informed the government that they will only challenge the government's withholding of the OLC opinion. The parties will file pre-motion conference letters on anticipated cross-motions for summary judgment, as directed by the Court's recent order, and will be prepared to discuss these matters in more detail at the conference set for March 23.

Finally, the parties have discussed a schedule for their proposed cross-motions, and propose the following:

- The government's opening papers will be due by May 1;
- Plaintiffs' papers in opposition, and in support of any cross-motion, will be due by May 22;
- The government's papers in opposition to any cross-motion and reply in support of its own motion will be due by June 18;
- Plaintiffs' reply in support of their own motion will be due by July 2.

Hon. Paul A. Engelmayer                                                                Page 2
March 17, 2026

        We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney
                        Southern District of New York

                        By: */s/ Peter Aronoff*
                        PETER ARONOFF
                        Assistant United States Attorney
                        Telephone: (212) 637-2697
                        E-mail: peter.aronoff@usdoj.gov
                        *Counsel for Defendants*

cc: Counsel for Plaintiffs (via ECF)

The Court thanks counsel for this update. However, in light of the topicality of plaintiffs' FOIA requests, the briefing schedule proposed by counsel is too extended. The Court asks counsel to propose a briefing schedule that will result in the completion of briefing by the end of May.

SO ORDERED.

*Paul A. Engelmayer*
_____
      PAUL A. ENGELMAYER
      United States District Judge

March 19, 2026
New York, New York