UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

-against-

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

25 Civ. 10189

ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record of today's conference, the Court hereby sets the following schedule and deadlines:

- The parties' motions for summary judgment shall be filed by **May 1, 2026**.

- Opposition to such motions shall be filed by **May 22, 2026**.

- Replies shall be filed by **May 29, 2026**.

SO ORDERED.

Dated:    March 23, 2026
          New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge