**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 25-10189 (PAE)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law dated May 1, 2026, the Declaration of Jeffrey Stein, and all exhibits and attachments thereto, Plaintiffs American Civil Liberties Union, American Civil Liberties Union Foundation, and Center for Constitutional Rights hereby move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order granting Plaintiffs summary judgment against Defendants Department of Justice, including its component Office of Legal Counsel, and Department of Defense pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: May 1, 2026
      New York, New York

Respectfully submitted,

*/s/ Jeffrey Stein*

Jeffrey Stein
Brett Max Kaufman
Ashley Gorski

2

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Tel: (646) 905-8904
jstein@aclu.org
bkaufman@aclu.org

Perry Grossman
Ify Chikezie
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3347
pgrossman@nyclu.org
ichikezie@nyclu.org

Baher Azmy
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
bazmy@ccrjustice.org