**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 25-10189 (PAE)<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF JEFFREY STEIN**

I, Jeffrey Stein, pursuant to 28 U.S.C. § 1746, hereby declare and state under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney at the American Civil Liberties Union Foundation and counsel to Plaintiffs American Civil Liberties Union, American Civil Liberties Union Foundation, and Center for Constitutional Rights in the above-captioned matter.

2.      I submit this declaration in support of Plaintiffs' Cross-Motion for Summary Judgment against Defendants Department of Justice, including its component Office of Legal Counsel, and Department of Defense.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of Testimony of Mr. Charles L. Young III Before the S. Comm. on Armed Servs., 119th Cong. 76–77 (2025), https://www.armed-services.senate.gov/imo/media/doc/transcript-10-07-2025-nom.pdf.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a transcript of *Sen. Warner News Conference on U.S. Boat Strikes*, C-SPAN (Oct. 30, 2025),

https://www.c-span.org/program/news-conference/sen-warner-news-conference-on-us-boat-strikes/668098.

5. Attached hereto as **Exhibit C** is a true and correct copy of *A Conversation with Representative Jim Himes*, Council on Foreign Relations (Nov. 4, 2025), https://www.cfr.org/event/conversation-representative-jim-himes.

6. Attached hereto as **Exhibit D** is a true and correct copy of Alison Main et al., *Top Democrat Expresses Confidence in US Intel on Boat Strikes, but Calls for More Transparency from Trump Administration*, CNN (Nov. 5, 2025), https://www.cnn.com/2025/11/05/politics/boat-strikes-democrats-briefing-trump-admin.

7. Attached hereto as **Exhibit E** is a true and correct copy of 171 Cong. Rec. S7931, S7945 (daily ed. Nov. 6, 2025) (statement of Sen. Tim Kaine).

8. Attached hereto as **Exhibit F** is a true and correct copy of Ellen Nakashima et al., *U.S. Troops not Liable in Boat Strikes, Classified Justice Dept. Memo Says*, Wash. Post (Nov. 12, 2025), https://www.washingtonpost.com/national-security/2025/11/12/trump-drug-boat-venezuela-legal.

9. Attached hereto as **Exhibit G** is a true and correct copy of Ellen Nakashima et al., *White House Blew Past Legal Concerns in Deadly Strikes on Drug Boats*, Wash. Post (Nov. 22, 2025), https://www.washingtonpost.com/national-security/2025/11/22/drug-boats-strikes-cia-legal-concerns.

10. Attached hereto as **Exhibit H** is a true and correct copy of Letter from Sen. Richard Blumenthal et al., to Att'y Gen. Pamela Bondi and Sec'y of Def. Pete Hegseth (Nov. 24, 2025), https://www.kaine.senate.gov/imo/media/doc/2025-11-24_declassify_olc_opinion_southcom_strikes_letter.pdf.

2

11.     Attached hereto as **Exhibit I** is a true and correct copy of a transcript of White House Press Secretary Karoline Leavitt's briefing as it appears in *Press Briefing: Karoline Leavitt Holds a Press Briefing at The White House - December 1, 2025*, Roll Call (Dec. 1, 2025), rollcall.com/factbase/trump/transcript/donald-trump-press-conference-briefing-karoline-leavitt-december-1-2025/.

12.     Attached hereto as **Exhibit J** is a true and correct copy of 171 Cong. Rec. S8455, S8490–S9491 (daily ed. Dec. 3, 2025) (statement of Sen. Jack Reed).

13.     Attached hereto as **Exhibit K** is a true and correct copy of Press Release, Sen. Eric Schmitt, *Senator Schmitt Defends Trump Admin's Anti-Narcoterrorist Campaign* (Dec. 7, 2025), https://www.schmitt.senate.gov/media/press-releases/senator-schmitt-defends-trump-admins-anti-narcoterrorist-campaign.

14.     Attached here to as **Exhibit L** is a true and correct copy of an excerpt of Testimony of Gen. Francis L. Donovan Before the S. Comm. on Armed Servs., 119th Cong. 42 (2026), https://www.armed-services.senate.gov/imo/media/doc/03-19-2026_full_transcript.pdf.

Dated: May 1, 2026                         /s/ *Jeffrey Stein*
    New York, New York                 Jeffrey Stein
                                      AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                        125 Broad Street, 18th Floor
                                        New York, New York 10004
                                        (646) 905-8904
                                        jstein@aclu.org