JAY CLAYTON
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, and CENTER FOR CONSTITUTIONAL RIGHTS,<br><br>          Plaintiffs,<br><br>          v.<br><br>DEPARTMENT OF JUSTICE including its component OFFICE OF LEGAL COUNSEL, DEPARTMENT OF STATE, and DEPARTMENT OF DEFENSE,<br><br>          Defendants. | 25 Civ. 10189 (PAE) |

## <u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, as well as the accompanying declarations in support of the motion, defendants United States Department of Justice and United States Department of Defense, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order pursuant to Federal Rule of Civil Procedure 56 entering summary judgment in favor of the defendants.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling order, ECF No. 41, opposition papers, if any, must be filed by May 22, 2026, and reply papers, if any, must be filed by May 29, 2026.

Dated:      May 1, 2026                              Respectfully submitted,
            New York, New York

                                                     JAY CLAYTON
                                                     United States Attorney

                                          By:        /s/ Peter Aronoff
                                                     PETER ARONOFF
                                                     Assistant United States Attorney
                                                     86 Chambers Street, Third Floor
                                                     New York, New York 10007
                                                     Tel.: (212) 637-2697
                                                     peter.aronoff@usdoj.gov

To:      Counsel for plaintiffs (by ECF)