# Exhibit A

OPEN/CLOSED:  TO RECEIVE TESTIMONY ON THE DEPARTMENT OF DEFENSE BUDGET REQUEST FOR FISCAL YEAR 2027 AND THE FUTURE YEARS DEFENSE PROGRAM

Thursday, April 30, 2026

U.S. Senate

Committee on Armed Services

Washington, D.C.

The Committee met, pursuant to notice, at 11:04 a.m., in Room SD-G50, Dirksen Senate Office Building, Hon. Roger Wicker, Chairman of the Committee, presiding.

Committee Members Present:  Senators Wicker, Fischer, Cotton, Rounds, Ernst, Sullivan, Cramer, Rick Scott, Schmitt, Banks, Sheehy, Reed, Shaheen, Gillibrand, Blumenthal, Hirono, Kaine, King, Warren, Peters, Duckworth, Rosen, Kelly, and Slotkin.

1

the active duty in the guard and reserve component, but no guaranteed raises for the civilians.  Is that correct?

Mr. Hurst:  There are guaranteed raises for the military.  But, you know, the last year this department has given out more civilian bonuses.

Senator Kaine.  Well, you know, if we are going to increase the defense budget by that much, I would hope the Committee would take a look at this.

Chairman Caine, man, I like the sound of that, Chairman Caine.  General Caine, I want to ask you a question about Southern Spear.  It is an operational question.  I know from your background that you carefully act to keep military actions within the rules of war.  What legal justification could there possibly be that would allow the U.S. military to strike boats in international waters and kill the occupants of those boats without a showing of evidence that there are narcotics on those boats?

General Caine:  Well, sir, as you know, our job is to show the range of options, the associated risks, and then take those execution orders, transmit them down to the COCOMs on legally appropriate and legally backstopped actions.  I --

Senator Kaine.  Could you give me a legal justification --

General Caine:  Well, sir, the execution --

Senator Kaine.  -- that would authorize --

General Caine:  -- order, I don't have a --

Senator Kaine.  -- striking boats that do not have evidence that they are carrying narcotics?

General Caine:  I don't know -- I apologize.  I didn't mean to interrupt you.  I don't have a copy of the order issued to SOUTHCOM with me today.  It is classified in its own right, which clearly articulates, based on a variety of criteria, what constitutes a valid military and legally valid target in that theater.

I just want to say, I know and trust that our commanders at Echelon are rigorously following that legal opinion and those legal boundaries upon which we have been issued those orders.

Senator Kaine.  And General Caine, I would encourage, again, my colleagues -- I am at a disadvantage.  I have seen the legal opinion, but I can't talk about it because it is classified.  I have seen the targeting criteria, but I can't talk about them because they are classified.  I have seen the secret list of DTOs against whom we have declared war that even they haven't been informed of, but I can't talk about it because it is classified.

But I would urge all of my colleagues to go to the SCIF and read the targeting criteria and get briefed about

79

it and then also look at all of the files of all the strikes that have taken place.  I have done that with the first 46 strikes or so.  And I think there is a profound mismatch between what is occurring and the underlying assumptions in the legal opinion.  And I would just encourage my colleagues to dig into this.

To Secretary Hegseth and General Caine, the War Powers Resolution specifies that a war initiated by a President without congressional approval must be concluded within 60 days.  It can be extended by an additional 30 days if "The President determines and certifies to Congress in writing that unavoidable military necessity respecting the safety of the U.S. Armed Forces requires the continued use of such armed forces in the course of bringing about a prompt removal of such forces."

We are right at the 60-day deadline.  Is the President intending to either seek congressional authorization for the war in Iran or send us the legally required certification that he needs an additional 30 days to remove U.S. forces from the war?

Secretary Hegseth:  Just briefly on the previous question, we do know that these are designated terrorist organizations, so we treat them like the al-Qaida of our hemisphere, just as a note.

Senator Kaine.  But that was not the question I asked.