UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                                  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>                                  Defendants. | Civil Action No. 25-10189 (PAE) |

**SUPPLEMENTAL DECLARATION OF JEFFREY STEIN**

I, Jeffrey Stein, pursuant to 28 U.S.C. § 1746, hereby declare and state under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney at the American Civil Liberties Union Foundation and counsel to Plaintiffs American Civil Liberties Union, American Civil Liberties Union Foundation, and Center for Constitutional Rights in the above-captioned matter.

2.      I submit this declaration in support of Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Cross-Motion for Summary Judgment against Defendants Department of Justice, including its component Office of Legal Counsel, and Department of Defense.

3.      Attached hereto as **Exhibit A** is a true and correct copy of *Advance Policy Questions for Mr. Charles Young Nominee to be General Counsel of the Department of the Army*, S. Comm. on Armed Servs., 119th Cong. (2025), https://www.armed-services.senate.gov/imo/media/doc/young_apqs.pdf.

2

Dated: May 29, 2026
    New York, New York

*/s/ Jeffrey Stein*

Jeffrey Stein
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(646) 905-8904
jstein@aclu.org

2