UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

-against-

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

---

25 Civ. 10189

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On May 1, 2026, the parties in the above-captioned case moved for summary judgment, with plaintiffs' requesting oral argument. Dkts. 48, 51. On May 29, 2026, briefing as to both parties' summary judgment motions was complete. Dkts. 60–63.

The Court, accordingly, schedules oral argument on the pending motions for summary judgment for 11 a.m. on Wednesday, June 24, 2026. Argument shall be in person, in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The parties should be prepared to discuss whether, in resolving these matters, the Court should arrange for the *in camera* review of the material(s) at issue.

SO ORDERED.

Dated:  June 9, 2026
        New York, New York

PAUL A. ENGELMAYER
United States District Judge