JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, and CENTER FOR CONSTITUTIONAL RIGHTS,<br>Plaintiffs,<br>v.<br>DEPARTMENT OF JUSTICE including its component OFFICE OF LEGAL COUNSEL, DEPARTMENT OF STATE, and DEPARTMENT OF DEFENSE,<br>Defendants. | 25 Civ. 10189 (PAE) |

## NOTICE OF MOTION FOR PARTIAL RECONSIDERATION AND STAY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby respectfully move this Court for:

(1) an order pursuant to Federal Rule of Civil Procedure 60(b)(1) & (b)(6) and Local Civil Rule 6.3 for partial reconsideration of that portion of the Court's September 30, 2026 Order, ECF No. 72, that directs the defendants "to identify by name and title, every

person who, from its creation in September 2025 to date, has had or been given access to the OLC Memo in whole or in part, the date(s) of such access, the purposes for and context in which this access was given, and the basis on which these factual determinations have been made," *id*. at 62-63; and

(2) a stay of the same obligation during the time that the application for partial reconsideration is pending, and for seven days thereafter if reconsideration is denied.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.3 and 6.1(b), opposition papers, if any, must be served upon the United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, no later than October 22, 2026.

Dated: October 8, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2697
peter.aronoff@usdoj.gov

To: Counsel for plaintiffs (by ECF)