UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *and* CENTER FOR CONSTITUTIONAL RIGHTS,<br><br>Plaintiffs,<br><br>-v-<br><br>U.S. DEPARTMENT OF JUSTICE *and* DEPARTMENT OF DEFENSE,<br><br>Defendants. | 25 Civ. 10189 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

This order memorializes that, on October 14, 2026, the Executive Branch made available, and the Court reviewed *in camera*, the Office of Legal Counsel memorandum at issue in this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2026
New York, New York