JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, and CENTER FOR CONSTITUTIONAL RIGHTS,<br>Plaintiffs,<br>v.<br>DEPARTMENT OF JUSTICE including its component OFFICE OF LEGAL COUNSEL, DEPARTMENT OF STATE, and DEPARTMENT OF DEFENSE,<br>Defendants. | 25 Civ. 10189 (PAE) |

**NOTICE OF CLASSIFIED FILINGS**

The defendant agencies in the above-captioned matter hereby provide notice that three classified documents are being filed for the Court's in camera, ex parte review, namely: (1) the Classified Declaration of Earl G. Matthews dated November 10, 2026, including a classified exhibit attached thereto; (2) a supplemental classified brief, *see* ECF No. 84; and (3) an ex parte letter from the undersigned "to alert the Court to . . . sensitivities of which it ought to be aware with respect to potential citations to the declaration[]," ECF No. 81 at 16 n.3. These submissions are classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), and cannot be

disclosed without proper authorization. Therefore, the submissions are being filed for secure storage and secure transmission to the Court (upon request) with the United States Department of Justice Litigation Security Group. The agencies have made arrangements with the Court, in coordination with the Justice Litigation Security Group, to facilitate the Court's review of the submissions. In addition, the Court may contact the Litigation Security Group directly at 20 Massachusetts Avenue, NW, 5th Floor, Washington, D.C., (202) 514-9016, or contact the undersigned counsel to assist in securing delivery of the submissions for review at the Court's convenience.

Dated: November 10, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2697
peter.aronoff@usdoj.gov

To: Counsel for plaintiffs (by ECF)