UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *and* CENTER FOR CONSTITUTIONAL RIGHTS, Plaintiffs, -v- U.S. DEPARTMENT OF JUSTICE *and* DEPARTMENT OF DEFENSE, Defendants. | 25 Civ. 10189 (PAE) ORDER |

PAUL A. ENGELMAYER, United States District Judge:

The Court has reviewed the list of Department of Justice employees who have accessed the memorandum at issue in this case, as set out in the second declaration of Ryan Watzel, Esq. *See* Dkt. 86 ("Watzel 2d Decl.") ¶ 4. To assist plaintiffs in responding to—and the Court in assessing—this submission, the Court directs the Government to identify with specificity, in a filing on the docket of this case, the following information referred to in paragraph 4 of that declaration:

1. The "related FOIA matters" identified in the second row of the chart in paragraph 4.
2. The "multiple FOIA litigation matters" identified in the third row of the chart in paragraph 4.
3. The "lawsuit(s) seeking damages for wrongful death" identified in the fifth through tenth rows of the chart in paragraph 4.

These lawsuits are to be identified by court docket number. The "FOIA matters" are likewise to be identified in a manner enabling the Court and plaintiffs to readily access the requests at issue.

The Government's response to this order is due Friday, November 13, 2026. The Court extends the deadline for plaintiffs' response to Friday, November 20, 2026.[1]

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 11, 2026
New York, New York

[1] The Court is emailing this order to counsel, mindful that, in light of today's federal holiday, the order will not be docketed until tomorrow.