**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 12, 2026

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *American Civil Liberties Union, et al. v. U.S. Dep't of Justice, et al.*, 25 Civ. 10189 (PAE)

Dear Judge Engelmayer:

This Office represents the defendant agencies (the "government") in this Freedom of Information Act case. The government writes in response to the Court's November 11, 2026 Order, ECF No. 89, which directs the government to "identify with specificity" certain information provided in the table in paragraph 4 of the Second Watzel Declaration, ECF No. 86. We answer each of the Court's three specific inquiries, which are based on discussions with OLC.

1. "Related FOIA matters" in the second row of the table refers to the matters listed below. The paralegal assisted an OLC attorney with evaluating the OLC Memorandum for responsiveness to FOIA requests by providing that attorney with information about the document and answering questions about the document bearing on responsiveness before the attorney was able to access the document himself. The paralegal also assisted Mr. Aronoff and Ms. Shapiro in accessing the document for the FOIA litigation matters listed below.[1] The specific FOIA requests as to which the OLC paralegal's access relates are current as of the date of this letter.[2] The government attaches the requests as an exhibit to this letter to "enabl[e] the Court and plaintiffs to readily access the requests at issue," ECF No. 89 at 1. (The attachment has certain nonpublic contact information redacted.)
    a. FY25-430 – from the Freedom of the Press Foundation, seeking "Any communications, emails or memos between the DOJ OLC and the Department of

[1] On further review, there is a small error in the second row caused by confusion over the dates of emails: the OLC paralegal's third date of access was April 30, 2026, not April 28, 2026, and it was for the specific purpose of providing access to Mr. Aronoff.

[2] By providing this list, OLC is answering the Court's factual question about which "related FOIA matters" the OLC paralegal's access pertained to. OLC does not concede, by this response, that the Memorandum is responsive to these requests.

Defense from August 25, 2025, to the date this request is processed regarding the September 2, 2025, U.S. military strike that destroyed a Venezuelan drug boat in the southern Caribbean."

b. FY25-454 – from American Oversight, seeking "Records reflecting final legal justification identified for the September 2, 2025 and September 15, 2025, military strikes against boats from Venezuela."
c. FY26-009 – from The Daily Signal, seeking "all legal opinions or finalized memorandums justifying lethal strikes against cartels and suspected drug traffickers, regardless of classification . . . for the timeframe of April 1, 2025 through present."
d. FY26-014 – from ACLU, the request at issue in this case.
e. FY26-015 – from the New York Times, seeking "any and all Office of Legal Counsel memoranda regarding the Trump administration's use of armed force targeting drug cartels, including those designated as foreign terrorist organizations."
f. FY26-022 – from Reuters, seeking "any and all copies of legal opinions produced by the Office of Legal Counsel from January 20, 2025 through present that have been drafted to assess the legality of using the U.S. military to strike suspected drug vessels in the Caribbean and Eastern Pacific."
g. FY26-023 – from an individual requester, seeking "final or draft memorandum prepared by the Office of Legal Counsel between June 1 and August 31, 2025, analyzing or authorizing the use of U.S. military force against suspected drug traffickers, narcotics vessels, or "narco-terrorist" entities, including any legal conclusion that such groups constitute "non-state armed groups" engaged in an armed conflict with the United States" and related records
h. FY26-035 – from the Freedom of the Press Foundation, seeking "A copy of the OLC legal opinion stating that personnel taking part in military strikes on alleged drug-trafficking boats in Latin America would not be exposed to future prosecution, as well as all communications concerning responses and reactions to the memo."
i. FY26-037 – from an individual requester, seeking "records that provide a legal justification that makes clear that U.S. military personnel involved in strikes against suspected drug-trafficking vessels are immune from prosecution that was an issued legal opinion."
j. FY26-038 – from an individual requester, seeking "the OLC boat strike memo referenced in [a cited] NYT article."
k. FY26-075 – from Al Jazeera English, seeking "Any formal or informal opinions, memoranda, letters, or legal analyses issued by the Office of Legal Counsel that address, authorize, justify, or interpret the legality of using lethal force, including so-called 'lethal boat strikes,' against vessels suspected of drug trafficking" and related records
l. FY26-204 – from ProPublica, nearly verbatim copy of FY26-014
m. FY26-271 – from USA Today, nearly verbatim copy of FY26-014

Of the above requests, two are in active litigation. Those two are captioned as follows:

a. *Am. Civil Liberties Union et al. v. U.S. Dep't of Justice, et al.*, No. 25 Civ. 10189 (S.D.N.Y) (this matter, relating to FY26-014)
b. *Am. Oversight v. U.S. Dep't of Defense et al.*, No. 25-cv-4220 (D.D.C.) (relating to FY25-454)

2. The "multiple FOIA litigation matters" in the third row involving the Memorandum and that are subject to Ms. Shapiro's coordination or supervision are as follows:
   a. *Am. Civil Liberties Union et al. v. U.S. Dep't of Justice, et al.*, No. 25 Civ. 10189 (S.D.N.Y)
   b. *Am. Oversight v. U.S. Dep't of Defense et al.*, No. 25-cv-4220 (D.D.C.)

   To the extent that other FOIA requests seeking the Memorandum become subject to additional FOIA litigation, the Department anticipates that Ms. Shapiro will coordinate or supervise those matters as well.

3. The "lawsuit seeking damages for wrongful death" referenced in the fifth through tenth rows is captioned as follows: *Burnley, et al. v. United States of America*, No. 26-cv-10364 (D. Mass.).[3]

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: *<u>/s/ Peter Aronoff</u>*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for Defendants*

cc: Counsel for Plaintiffs (via ECF)

[3] There is some overlap between plaintiffs' counsel in that matter and plaintiffs' counsel in this FOIA matter.