UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *and* CENTER FOR CONSTITUTIONAL RIGHTS,<br><br>Plaintiffs,<br><br>-v-<br><br>U.S. DEPARTMENT OF IDSTICE and DEPARTMENT OF DEFENSE,<br><br>Defendants. | 25 Civ. 10189 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, United States District Judge:

The Court has reviewed the Government's letter, Dkt. 90, responding to the Court's inquiry, Dkt. 89, about aspects of the second declaration of Ryan Watzel, Dkt. 86. According to the letter, the six Government attorneys listed in the fifth through tenth rows of the chart in the declaration all accessed the OLC Memorandum in connection with the case of *Burnley v. United States*, No. 26 Civ. 10364 (D. Mass.). Dkt. 90 at 3.

To enable the Court to assess this information, the Court directs that the Government file declarations from each of the six attorneys explaining *with specificity* the purpose(s) for which they sought (or were given) access to the OLC Memorandum in connection with the *Burnley* litigation, and the purpose(s) served by that review. These declarations, which the Court expects to be authored by each declarant himself, are due **Friday, November 20, 2026**. The Government is authorized to redact these declarations as publicly filed to the extent they may reveal protected work-product or privileged communications.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 17, 2026
New York, New York