**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 24, 2026

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *American Civil Liberties Union, et al. v. U.S. Dep't of Justice, et al.*, 25 Civ. 10189 (PAE)

Dear Judge Engelmayer:

This Office represents the defendant agencies (the "government") in this Freedom of Information Act case. The government writes respectfully to request leave to file a short reply brief responding to the arguments raised in plaintiffs' Friday opposition to the government's supplemental brief, ECF No. 94. Among other things, plaintiffs' brief argues for the first time that the presidential communications privilege was abrogated when several Department of Justice attorneys reviewed the OLC Memorandum in connection with their defense of *Burnley v. United States,* No. 26 Civ. 10364 (D. Mass.). Without a reply brief, the government will not otherwise be able to respond to the argument. A reply brief would also permit the government to respond to plaintiffs' citation to a 2021 Office of Legal Counsel opinion (ECF No. 94 at 6) that, in the government's view, is not fairly and fully explained.

The government therefore respectfully requests leave to file a reply brief, not to exceed four pages, by tomorrow, Wednesday, November 25. This is the same day the government's declarations regarding *Burnley* are due, *see* ECF No. 93; thus, the proposed brief will not delay the case.

Plaintiffs take no position on this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: *<u>/s/ Peter Aronoff</u>*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for Defendants*

cc: Counsel for Plaintiffs (via ECF)